DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BURLEY HOWARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2237

_____

September 21, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County; Larry Helms, Judge.

PER CURIAM.

Affirmed. *See Robinson v. State*, 337 So. 3d 1275 (Fla. 2d DCA 2022); *Lopez v. State*, 135 So. 3d 539 (Fla. 2d DCA 2014); *Washington v. State*, 335 So. 3d 1270 (Fla. 3d DCA 2022); *Simmons v. State*, 332 So. 3d 1129 (Fla. 5th DCA 2022); *State v. Wilson*, 203

So. 3d 192 (Fla. 4th DCA 2016); *Williams v. State*, 143 So. 3d 423 (Fla. 1st DCA 2014).

KELLY, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.